IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-00523-GCM

| | | |
|---|---|---|
| TAMMY L. GILCHRIST, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| STANDARD INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **James Tracy Hedgepath,** filed on July 27, 2016 (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby GRANTS the motion.

In accordance with Local Rule 83.1 (B), Mr. Hedgepath is admitted to appear before this court *pro hac vice* on behalf of Standard Insurance Company.

**IT IS SO ORDERED.**

Signed: July 27, 2016

Graham C. Mullen
United States District Judge